**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**MICHAEL SHAWN GREESON,**

       **Plaintiff,**

v.                                             Case No:  6:16-cv-385-Orl-37TBS

**STATE OF FLORIDA,**

       **Defendant.**
_____/

**ORDER**

This cause is before the Court on initial review of the Motion to Replace Counsel In State Circuit Court ("Motion," Doc. 1) filed by Plaintiff. Plaintiff is incarcerated at the John E. Polk Correctional Facility and proceeding *pro se*. He initiated this case by filing the Motion, but it is unclear as to the basis upon which Petitioner requests relief or the manner in which this Court has jurisdiction over this case. In addition, he failed to either pay the required $350 filing fee or submit a motion for leave to proceed *in forma pauperis*.

As currently written, the Complaint, which is written as a letter, fails to contain much of the information required in a civil rights complaint or in a federal habeas petition. For example, the allegations are vague and conclusory, the historical information concerning Plaintiff's prior federal cases has not been provided, the Court's jurisdiction is unclear, and the historical information concerning Petitioner's underlying state criminal proceedings has not been adequately provided

If Plaintiff chooses to file a civil rights complaint or a federal habeas petition in this Court to address any alleged constitutional violations, he must submit a fully completed civil rights complaint or federal habeas petition form. If Plaintiff desires to proceed *in forma pauperis* in this Court, he must submit a fully completed affidavit of indigency. The Clerk's Office shall send to Plaintiff the forms for a civil rights complaint, a federal habeas petition, and a motion for leave to proceed *in forma pauperis*. Plaintiff should not place this case number on the form(s), as the Clerk of the Court will assign a separate case number.

As a result, this case will be dismissed without prejudice to give Plaintiff the opportunity to properly file a civil rights complaint or a federal habeas petition and to either pay the appropriate filing fee or submit an affidavit of indigency to the Court.

Accordingly, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk of the Court is directed to enter judgment in favor of Defendants and to close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 10th, 2016.



ROY B. DALTON JR.
United States District Judge

Copies furnished to:

Unrepresented Party
OrlP-2 3/10